UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

OSVALDO ESPINOZA,

                                    **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**COUNT 1**
**(**Distribution of Cocaine)

Beginning on or about January 16, 2025, and continuing to on or about January 29, 2025, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

**OSVALDO ESPINOZA**,

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(B)(ii)

## COUNT 2
(Distribution of Controlled Substances)

Beginning on or about August 4, 2025, and continuing to on or about August 11, 2025, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

**OSVALDO ESPINOZA**,

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, and 5 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**
(Counts 1 and 2 – Distribution of Controlled Substances)

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) set forth in Counts 1 and 2 of this Indictment, the defendant,

**OSVALDO ESPINOZA**,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, $71,920 in U.S. currency seized from a parcel in August of 2025.

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
ALEXIA A. JANSEN
Assistant United States Attorney